JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELODIE LEBRUN and LIZA GUNAWAN,<br><br>Plaintiffs,<br><br>vs.<br><br>LENDER PROCESSING SERVICES, INC., FIDELITY NATIONAL INFORMATION SERVICES, INC., LPS DEFAULT SOLUTIONS, INC., LPS MANAGEMENT, LLC, BLACK KNIGHT FINANCIAL SERVICES, LLC, and BKFS I SERVICES, LLC,<br><br>Defendants. | CASE NO.: SACV14-00571 AG (ANx)<br><br>[Assigned to the Hon. Andrew J. Guilford]<br><br>[PROPOSED] JUDGMENT DISMISSING CASE |

# [PROPOSED] JUDGMENT DISMISSING CASE

On November 16, 2015, the Court heard Plaintiffs' Motion for Final Approval of Class Action Settlement and Plaintiffs' Motion for Attorneys' Fees and Costs. The Court has considered the Motions and all supporting papers, and hereby finds and orders as follows:

1. The Court has jurisdiction over the subject matter of this action, the Class Representatives, the Class Members as defined in the Settlement Agreement and Defendants.

2. The Court grants final approval, for purposes of settlement only, of the Class as defined in the Settlement Agreement.

3. The Court finds that the Settlement Agreement was the product of protracted, arms-length negotiations between experienced counsel. The Court finds, for settlement purposes only, that the Class satisfied the applicable standards for certification under Federal Rule of Civil Procedures 23.

4. This case is dismissed on the merits with prejudice.

5. Class Counsel's request for attorneys' fees and litigation costs and expenses in this action is approved. Accordingly, Class Counsel is hereby awarded $621,837.50 for attorneys' fees, and $9,936.55 for reimbursement of litigation costs and expenses, which the Court finds were reasonably incurred in prosecution of this case. The further finds that the agreement between the parties concerning Class Counsel's fee and cost application is fair and reasonable.

6. The enhancement awards for the Class Representatives in the amount of $10,000 each is approved to reimburse them for their unique services in initiating and maintaining this litigation.

7. The $30,000 payment for class administration services to Kurson Carson Consultants is approved for its work in handling the administration of the Settlement in this case.

8. The Court shall have exclusive and continuing jurisdiction over this

1  matter for the purposes of supervising the implementation, enforcement,
2  construction, administration, and interpretation of the Settlement Agreement and
3  this Judgment.
4       9.    The parties are ordered to carry out the distribution of the Gross
5  Settlement Amount as set forth in the Settlement Agreement.
6       10.   This document shall constitute a judgment for purposes of Rule 59 of
7  the Federal Rules of Civil Procedure.
8       11.   Upon entry of this Judgment and the release of the Gross Settlement
9  Amount to the claims administrator in this case, Plaintiffs and Class Members shall
10 be deemed to have released all claims at issue in this lawsuit as set forth in
11 Paragraph 2.30, 2.31, and 3.6.2 of the Settlement Agreement between the Parties.

**IT IS SO ORDERED.**

Dated: November 16, 2015

                         Hon. Andrew J. Guilford